732 A.2d 1157

**In re Nomination Petition of Daniel P. McELHATTON.**

**Petition of Daniel P. McElhatton.**

Supreme Court of Pennsylvania.

May 13, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 13th day of May, 1999, the Petition for Allowance of Appeal is hereby **DENIED.**

Justice NIGRO did not participate in the consideration or decision of this matter.

## ORDER

**AND NOW,** this 13th day of May, 1999, the Petition for Stay of the Order of the Commonwealth Court dated May 7, 1999 and the Order of the Court of Common Pleas of Philadelphia County dated April 23, 1999 is **DENIED.**

Justice NIGRO did not participate in the consideration or decision of this matter.